# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** USPIS

**City:** Dennis
**County:** Barnstable

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 25-mj-1037-DLC
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name:** Christopher Flanagan   **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** _____
**Address:** _____

**Birth date (Yr only):** 1987  **SSN (last 4#):** 5086  **Sex:** M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** Greg Henning  **Address:** 141 Tremont St.
**Bar Number:** _____  Boston, MA 02111

**U.S. Attorney Information**

**AUSA:** Lauren Maynard   **Bar Number if applicable:** 698742

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/10/2025   **Signature of AUSA:** /s/ Lauren Maynard

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Flanagan

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1-5 |
| Set 2 | 18 U.S.C. § 1519 | Falsification of document | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013