UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No: 25-CR-10131 |
| v. | ) ) | |
| CHRISTOPOHER FLANAGAN, | ) ) | |
| Defendant | ) ) ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The United States, by and through the undersigned Assistant United States Attorneys, moves this Court to amend its Order Setting Conditions of Release (ECF 11) to add certain financial restrictions. As grounds for its motion, the government states as follows:

Title 18 authorizes the Court to impose pretrial conditions on defendants who are not detained pending trial. Conditions should include the "least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

On April 11, 2025, the defendant, Christopher Flanagan, appeared before this Court for his initial appearance and arraignment. The Court ordered the defendant released subject to certain pretrial conditions of release. ECF 11.

In addition to the conditions imposed, the government believes that certain conditions related to the defendant's finances are necessary in this case. The government has conferred with counsel for the defendant regarding the addition of certain financial conditions, and the parties

1

agree to the following:

1. The defendant is prohibited from engaging in any type of gambling activity, including but not limited to in-person gambling, simulcasting, horse wagering, online sports wagering, lotteries, or any other form of gambling.

2. The defendant is prohibited from incurring any new credit charges such that his credit card balance would exceed $5,000, or opening additional lines of credit above $5,000 without the approval of probation.

Wherefore, the government respectfully requests that the Court modify the Order Setting Conditions of Release to include the financial restrictions listed above.

Respectfully submitted,


LEAH B. FOLEY
United States Attorney

Dated: July 22, 2025             By:    */s/ Lauren Maynard*
Dustin Chao
Lauren Maynard
Assistant U.S. Attorneys


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this motion was served upon the attorney of record by email and via the ECF system.

*/s/ Lauren Maynard*
Lauren Maynard
Assistant United States Attorney