UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 25-10131 |
| | ) | |
| CHRISTOPHER FLANAGAN, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(b), the parties hereby file the following status report prepared in connection with the status conference scheduled for August 27, 2025. The parties further request that the status conference be canceled and that a status conference be scheduled at the Court's convenience in approximately 60 days.

(1)   Automatic Discovery/Pending Discovery Requests

The government provided a rolling production of automatic discovery, including productions on May 9, 2025 and June 30, 2025. The government will continue making productions on a rolling basis until automatic discovery is complete.

(2)   Additional Discovery

The government is aware of its ongoing obligation to produce additional discovery. The government is in the process of continuing to review and produce discovery in accordance with Local Rule 116.1(c). The defendant is in the process of reviewing the discovery produced to date.

(3)   Timing of Additional Discovery Requests

The defendant has made an additional discovery request, and the government is in the process of responding to that request. Additionally, the defendant is still in the process of reviewing the government's discovery produced to date, and has not yet determined if or when he will make additional discovery requests.

(4)   Protective Orders

The parties agree to abide by the existing Protective Order in this case (Dkt. Nos. 15, 16).

(5)   Pretrial Motions

The defendant has not yet determined whether and what pretrial motions will be filed pursuant to Fed. R. Crim. P. 12(b).  In addition, pursuant to Local Rule 7.1, the parties have conferred regarding possible pretrial motions by the defendant for a bill of particulars and other discovery related material.  In an effort to resolve this issue, the parties have agreed to meet during the interim (likely September) to discuss the production of materials that would obviate a motion for a bill of particulars.  To that end, the parties would respectfully request that the currently scheduled status conference be continued for another 60 days.

(6)   Expert Discovery

The government agrees to provide any expert witness disclosures 45 days prior to trial. The defendant agrees to provide any expert witness disclosures 30 days prior to trial.

(7)   Defenses of Insanity, Public Authority, or Alibi

The defendant does not at this time intend to raise a defense of insanity, public authority, or alibi.

(8)   Speedy Trial Act

All of the time has been excluded from the defendant's initial appearance through the date of the initial status conference scheduled for July 23, 2025.  The parties request that the time be excluded until the date of the next status conference, pursuant to 18 U.S.C. § 3161(h)(7)(A).

(9)   Status of Plea Negotiations & Likelihood of Trial

The parties have not yet engaged in any plea discussions.  If the case were to proceed to trial, the parties estimate that it could be tried in one week.

(10)  Next Status Conference

Given all of the foregoing information, including the ongoing production and review of discovery, and the scheduled conference meeting between the government and defense counsel, the parties request that the status conference scheduled for August 27, 2025 be

canceled, and request an additional status conference in approximately 60 days.

                                                    Respectfully submitted,

                                                    LEAH B. FOLEY
                                                    United States Attorney

/s/ *Greg Henning*                    By:    /s/ *Lauren Maynard*
Greg Henning                                  Lauren Maynard
Counsel for Defendant                  Dustin Chao
                                                    Assistant U.S. Attorneys

Dated: August 21, 2025

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                                /s/ *Lauren Maynard*
                                                Assistant U.S. Attorney

Dated: August 21, 2025